UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN ANDERSON,

    Plaintiff,

v.                              Case No: 8:12-cv-1756-T-30MAP

STIEFEL ALUMINUM INC. and
ROBERT RILEY,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Renewed Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Dkt. #27). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Renewed Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Dkt. #27) is GRANTED. The settlement is approved.

2.    The Court reserves jurisdiction to determine Plaintiff's attorney's fees and costs.

3.    Plaintiff shall file a motion for fees and costs within fourteen (14) days of the date of this Order.

4.    This cause is dismissed with prejudice.

5.    All pending motions are denied as moot.

      6.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of June, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-1756 dismiss 27.docx