# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHN ANDERSON, an individual,**

    Plaintiff,

v.                                                   Case No. 8:12-cv-1756-T-30MAP

**STIEFEL ALUMINUM INC, a foreign corporation.; ROBERT RILEY, individually,**

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Amended Motion for Reconsideration (Dkt. 37) and Defendants' Response in Opposition (Dkt. 39). The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be denied.

Plaintiff moves the Court to reconsider its Order awarding Plaintiff attorney's fees in the amount of $7,175.00 and costs in the amount of $535.55 (Dkt. 34). Plaintiff's motion does not satisfy the standard for reconsideration. It essentially seeks a second bite of the apple. Simply put, the Court concluded that Plaintiff achieved minimal success in the litigation. The Court also concluded that, from the inception of this lawsuit, Plaintiff's counsel applied a legally unsupported valuation of Plaintiff's damages that needlessly increased the amount of attorney's fees Plaintiff incurred in this case. The Court reduced the

lodestar amount accordingly. The arguments asserted in Plaintiff's reconsideration motion do not change the Court's ruling.

It is therefore **ORDERED AND ADJUDGED** that Plaintiff's Amended Motion for Reconsideration (Dkt. 37) is denied.

**DONE** and **ORDERED** in Tampa, Florida on August 28, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1756.mtreconsideration.wpd